JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Keaunna Thompson ;
**County of Residence:** Jackson County

**Defendant(s):**

First Listed Defendant:
Kansas City Area Transportation Authority ;
**County of Residence:** Jackson County

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Henry W. Tanner Jr. (Keaunna Thompson)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace
Kansas City, Missouri 64110
**Phone:** (816) 547-2162
**Fax:**
**Email:** henry@htannerlaw.com

**Defendant's Attorney(s):**

William Joseph Hatley ( Kansas City Area Transportation Authority)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
**Phone:** (816) 474-8100
**Fax:**
**Email:** jhatley@spencerfane.com

Brian Peterson ( Kansas City Area Transportation Authority)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
**Phone:** (816) 474-8100
**Fax:**
**Email:** bpeterson@spencerfane.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 2416-CV18290

**Nature of Suit:** 751 Family and Medical Leave Act

**Cause of Action:** 29 U.S.C. 2601 (FMLA); 42 U.S.C. 1981; and RSMo. 287.780.

**Requested in Complaint**

Case 4:24-cv-00497-HFS     Document 1-2     Filed 07/30/24     Page 1 of 2

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Brian Peterson

**Date:** 7-29-2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.