IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **KEAUNNA THOMPSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KANSAS CITY AREA** )<br>**TRANSPORTATION AUTHORITY,** )<br>)<br>**Defendant.** ) | Case No. 4:24-cv-00497-HFS |

## MAP DESIGNATION OF OUTSIDE MEDIATOR

Pursuant to the Notice of Inclusion in the Mediation and Assessment Program ("MAP") (Doc. 3), Defendant Kansas City Area Transportation Authority ("KCATA") and Plaintiff Keaunna Thompson (collectively referred to as the "Parties'), hereby provide notice that they have scheduled a mediation before Mediator Joseph K. Eischens to be held on November 12, 2024, at 9:30 AM. The mediation will be conducted at the Kansas City office of Spencer Fane LLP (1000 Walnut Street, Suite 1400, Kansas City, Missouri 64106).

Respectfully Submitted,

/s/ Brian Peterson
W. Joseph Hatley        Mo. # 33189
Brian Peterson          Mo. # 66144
SPENCER FANE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 292-8624 (Phone)
(816) 474-3216 (Fax)
jhatley@spencerfane.com
bpeterson@spencerfane.com
*Attorneys for Defendant*
*Kansas City Area Transportation Authority*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024, a copy of the foregoing was filed electronically with the Court using the CM/ECF system and was thereby served on all parties and counsel of record.

/s/ Brian Peterson
*Attorney for KCATA*